IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: TELEPHONIC APPEARANCE** |

*This document relates to:*

05-4296, 05-4298, 05-4299, 06-156, 06-2474, 06-2475, 06-2478, 06-2479
_____/

      The Court is in receipt of a Response to November 22, 2010 Order to Show Cause Why All Plaintiffs Other Than Those Listed in Exhibit B Should Not Be Dismissed for Lack of Prosecution (dckt. no. 3465) in which Douglas Plymale, counsel in the above-captioned cases, seeks to appear telephonically at the February 4, 2011 hearing. Finding good cause therefor, the Court GRANTS counsel's request.

      **IT IS SO ORDERED.**

Dated:  February 3, 2011

                                     CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re telephonic.wpd