1 Douglas R. Plymale
James R. Dugan, II
2 **The Dugan Law Firm**
365 Canal St., Suite 1000
3 New Orleans, LA 70130
Telephone: (504) 648-0180
4 Fax: (504) 648-0181

5 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Helen Anne Todini v. Pfizer Inc*<br>(05-4296 CRB)<br><br>*George Hoffman vs. Pfizer Inc*<br>(05-4298 CRB)<br><br>*Ronald P. Lockwood v. Pfizer Inc*<br>(06-0156 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  its own attorneys' fees and costs.

2

3  DATED: **4/7**, 2011    By: _____

4  **THE DUGAN LAW FIRM**
   365 Canal St., Suite 1000
5  New Orleans, LA 70130
   Telephone: (504) 648-0180
6  Fax: (504) 648-0181

7  *Attorneys for Plaintiffs*

8

9

10

11
   DATED: **June 1**, 2011    By: _____
12

13  **DLA PIPER LLP (US)**
    1251 Avenue of the Americas
14  New York, New York 10020
    Telephone: (212) 335-4500
15  Facsimile: (212) 335-4501

16  *Defendants' Liaison Counsel*

17

18  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

19
    Dated: 6-07-20 ||
20                                    _____
                                      Hon. Charles R. Breyer
21                                    United States District Court

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**